# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY BENNETT,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CREDIT CONTROL, INC.; DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:22-cv-07507-AB-PVC<br><br>~~**PROPOSED**~~ **ORDER TO DISMISSING ACTION WITH PREJUDICE** |

   Pursuant to the Stipulation of the Parties filed, this matter is **DISMISSED** in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

   **SO ORDERED.**

Dated: February 15, 2024

_____
André Birotte Jr.
Honorable Judge of the District Court